# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America, | Case No.:   3:21-cr-2454-JLS |
| Plaintiff, | |
| v. | Order Continuing Motion Hearing and Trial Setting Hearing |
| Oscar Isreal Medina-Alvarado, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Mr. Medina-Alvarado's motion hearing and trial setting hearing be continued from October 8, 2021 to November 12, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  September 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge